UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PORFIRIO SUAREZ,<br><br>    Defendant. | CASE NO. 3:22-cr-00003-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

**IT IS HEREBY ORDERED** good cause appearing, that the joint motion to continue be granted and the Motion Hearing/Trial Setting in this matter now scheduled for February 11, 2022 at 1:30 p.m. be continued until March 11, 2022 at 1:30 p.m.

**IT IS FURTHER ORDERED THAT** time is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D), (7). The ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial. Counsel has been unable to meet with his client to explain the written plea offer to him because of the recent surge in COVID cases at the facility at which he is being held.

**IT IS SO ORDERED**.

Dated:  February 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge